UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

DUNIA GARCIA,

                Plaintiff,

- against -

VERIZON NEW YORK, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., WFP TOWER A CO. L.P, BROOKFIELD FINANCIAL PROPERTIES, LP, BFP ONE LIBERTY PLAZA CO., LLC, AND BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC. d/b/a BMS CAT,

                Defendants.

21 MC 102 (AKH)

DOCKET NO. 08-CV-1651

Judge Hellerstein

**AFFIDAVIT OF SERVICE**

I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

On May 23, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Blackmon- Mooring-Steamatic Catastrophe, Inc. d/b/a BMS CAT, by its designated agent, CT Corporation System, more specifically, Nora Dindyal, at:

        CT Corporation System
        111 Eighth Avenue, 13th Floor
        New York, New York 10011

                              Anna Tse

Sworn to before me on this
1 day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20___