UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE LITIGATION

DUNIA GARCIA,

          Plaintiff,

- against -

VERIZON NEW YORK, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., WFP TOWER A CO. L.P, BROOKFIELD FINANCIAL PROPERTIES, LP, BFP ONE LIBERTY PLAZA CO., LLC, AND BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. d/b/a BMS CAT,

          Defendants.

21 MC 102 (AKH)

DOCKET NO. 08-CV-1651

Judge Hellerstein

**AFFIDAVIT OF SERVICE**

    I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

    On May 23, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Verizon, New York, Inc., by its designated agent, CT Corporation System, more specifically, Nora Dindyal, at:

        CT Corporation System
        111 Eighth Avenue, 13th Floor
        New York, New York 10011

                                    Anna Tse

Sworn to before me on this
| day of June, 2008

                BEATRIZ DOLORES ARANA
                Notary Public, State of New York
                No. 01AR6132940
                Qualified in Queens County
                Commission Expires August 29, 20__