***** AFFIDAVIT OF SERVICE *****  06/13/2008

HERIFFS NUMBER: S08003857  DEFENDANT SEQUENCE 1 OF 1
YPE OF SERVICE...  Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **PATRICK HORA**

AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004-1617 | 1907<br>CONTROL # 21706 | 28.00 |

### COURT DATA                                        ASOHNEN

COURT OF ISSUANCE: US District Court

WRIT EXPIRATION:          STATE: NY          COUNTY OF VENUE: Southern District

COURT DOCKET #:  08CV1651          CAPTION OF CASE

NAME:           DUNIA GARCIA
      VS      HILLMAN ENVIORMENTAL GROUP, LLC,

DEFENDANT OR NAMED WITHIN TO BE SERVED

NAME:     HILLMAN ENVIORMENTAL GROUP, LLC,
ADDRESS:  1600 ROUTE 22 EAST
          UNION, NJ 07083

### PAPERS SERVED
SUMMONS, VERIFIED COMPLAINT, ~~OUT OF STATE REQUIRE DESCRIPTION~~

### SERVICE DATA RECORDED

☒ SERVED SUCCESSFULLY   ☐ UNABLE TO SERVE    NUMBER OF ATTEMPTS ____

DATE: 6/17/08  TIME: 1136    DATE: ____  DATE: ____
                              TIME: ____  TIME: ____
REMARKS: _____
                              DATE: ____  DATE: ____
                              TIME: ____  TIME: ____

☐ PERSONALLY DELIVERED   ☐ OFFICER   ☐ MANAGING AGENT   ☐ REGISTERED AGENT
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER   ☒ AGENT AUTHORIZED TO ACCEPT
                                              ☐ IS IN THE MILITARY   ☐ NOT IN THE MILITARY
PERSON SERVED: TAMMY L. LOMAX - ADMINISTRATIVE ASST.
                        (TITLE/RELATIONSHIP)

SEX:    ☐ MALE   ☒ FEMALE
SKIN:   ☐ WHITE  ☐ BLACK  ☐ YELLOW  ☒ BROWN  ☐ RED
HEIGHT: ☐ UNDER 5 FT.  ☐ 5.0-5.6 FT.  ☒ 5.7-6.0 FT.  ☐ OVER 6 FT.
WEIGHT: ☐ UNDER 100 LBS.  ☒ 100-150 LBS.  ☐ 151-200 LBS.  ☐ OVER 200 LBS.
HAIR:   ☐ BLACK  ☒ BROWN  ☐ BLOND  ☐ GRAY  ☐ RED  ☐ WHITE  ☐ BALDING
AGE:    ☐ 14-20  ☒ 21-35  ☐ 36-50  ☐ 51-65  ☐ OVER 65

SWORN TO FRANCES DIMATO
BEFORE NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 3, 2009

_____          _____
                                  SIGNATURE
                                  SHERIFF'S OFFICER OF UNION COUNTY
                                  STATE OF NEW JERSEY